**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC.,<br><br>                                Plaintiff,<br><br>v.<br><br>ARNET PHARMACEUTICAL CORPORATION, doing business as International Agencies,<br><br>                                Defendant. | Case No.: 16-cv-02332-H-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 40.] |

On July 6, 2017, the parties filed a joint motion to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a) in consideration of the negotiated settlement executed by them, with each party to bear its own attorneys' fees and costs. (Doc. No. 40.) The Court, for good cause shown, grants the joint motion to dismiss and dismisses the entire action with prejudice, with each party to bear its own attorneys' fees and costs. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: July 7, 2017

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT